# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**CHARLES C. PERRY,**<br><br>Defendant. | PO-22-5192-GF-JTJ<br><br>VIOLATION:<br>E1384314<br>Location Code: M13<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the above citation is **DISMISSED**.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for December 8, 2022, is **VACATED**.

DATED this 29th day of November, 2022.

_____
John Johnston
United States Magistrate Judge